# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ANDERSON DIVISION

| | |
|---|---|
| George Wheeler as Personal Representative of the Estate of Cole Wheeler,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Ford Motor Company,<br><br>　　　　　Defendant. | C/A No. 8:19-cv-02132-DCC<br><br>**CONSENT MOTION FOR EXTENSION OF TIME** |

Defendant Ford Motor Company ("Ford"), with Plaintiff's consent, hereby moves the Court for an Order to extend the deadline set forth in the Court's July 1, 2021 Order (ECF 52) granting an extension of the January 3, 2022 deadline to file all dispositive motions, *Daubert* motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than *Daubert* motions). The requested extension would establish a new deadline of January 18, 2022, and would accommodate the trial schedule.

In accordance with Local Civil Rule 7.04, a full explanation of the motion is contained within this motion and a memorandum or affidavit will serve no useful purpose.

(Signature pages to follow.)

1

**WE SO MOVE:**

December 9, 2021     By:     s/ Carmelo B. Sammataro
J. Kenneth Carter, Jr. (Fed. I.D. # 5108)
Megan A. Rushton (Fed. I.D. # 13303)
TURNER, PADGET, GRAHAM & LANEY, P.A.
Post Office Box 1509
Greenville, SC 29602
Phone: (864) 552-4600
Fax: (864) 552-4620
KCarter@TurnerPadget.com
MRushton@TurnerPadget.com

Carmelo B. Sammataro (Fed. I.D. # 9174)
TURNER, PADGET, GRAHAM & LANEY, P.A.
Post Office Box 1473
Columbia, SC 29202
Phone: (803) 254-2200
Fax: (803) 799-3957
SSammataro@TurnerPadget.com

Clay A. Guise, *pro hac vice*
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304-2820
Phone: (248) 203-0700
cguise@dykema.com

ATTORNEYS FOR DEFENDANT

**WE CONSENT:**

December 9, 2021    By:    s/ William F. Barnes
                                       Ronnie L. Crosby (Fed. I.D. # 6311)
                                       William F. Barnes (Fed. I.D. # 10639)
                                       PETERS, MURDAUGH, PARKER, ELTZROTH
                                       & DETRICK, P.A.
                                       P. O. Box 457
                                       Hampton, SC 29924
                                       Phone: (803) 943-2111
                                       rcrosby@pmped.com
                                       wbarnes@pmped.com

                                       Raymond Wooten (Fed. I.D. #12121)
                                       SMITH, JORDAN & LAVERY, P.A.
                                       1810 E. Main St.
                                       Easley, SC 29640
                                       Phone: (864) 855-1661
                                       wooten@smithjordan.com

                                       ATTORNEYS FOR PLAINTIFF