# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# ANDERSON DIVISION

| | | |
|---|---|---|
| George Wheeler as Personal Representative of the Estate of Cole Wheeler, | ) ) ) | C/A No. 8:19-cv-02132-DCC |
| Plaintiff, | ) ) | |
| vs. | ) ) | **SEVENTH AMENDED SCHEDULING ORDER** |
| Ford Motor Company, | ) ) | |
| Defendant. | ) ) | |

    Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the Court hereby establishes the following schedule for this case. This Scheduling Order is entered to administer the trial of this case in a manner consistent with the Federal Rules of Civil Procedure's goal of securing "the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1.

4. <u>Pretrial Disclosures</u>: No later than **June 1, 2022** the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within 14 days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party, and any deposition counter-designations under Fed. R. Civ. P. 32(a)(6).

5. <u>Motions in Limine</u>: Motions in limine must be filed no later than **June 1, 2022**. Written responses are due 7 days after the motion is filed.

6. <u>Pretrial Briefs and Exhibits</u>: Parties shall furnish the Court pretrial briefs 7 days prior to the date set for jury selection.[1] Local Civil Rule 26.05 (D.S.C.). Attorneys shall meet at least 7 days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. *See* Local Civil Rule 26.07 (D.S.C.).

7. <u>Jury Selection and Trial</u>: This case is subject to being called for jury selection on or after **July 25, 2022**, and/or trial on or after **August 15, 2022**.

---

[1] The pretrial brief information found in Local Civil Rule 26.05(A)–(M) (D.S.C.) shall be submitted only to the Judge's chambers. However, pretrial brief information contained in Local Civil Rule 26.05(N)–(O) (D.S.C.) shall be served on opposing parties.

2

  The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding the filing of confidential material.  The parties' attention is also directed to the Court's website regarding instructions or other orders that may be applicable to your case.

**s/Donald C. Coggins, Jr.**
The Honorable Donald C. Coggins, Jr.
United States District Court Judge

Dated: February 1, 2022
Spartanburg, South Carolina

Pursuant to Local Civil Rule 83.I.06 (D.S.C.), this Order is being sent to local counsel only.