# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# ANDERSON DIVISION

| | |
|---|---|
| George Wheeler as Personal Representative of the Estate of Cole Wheeler,<br><br>Plaintiff,<br><br>vs.<br><br>Ford Motor Company,<br><br>Defendant. | C/A No. 8:19-cv-02132-DCC<br><br><br><br>**JOINT MOTION FOR STATUS CONFERENCE** |

Counsel for the Plaintiff and Defendant file this joint motion and request a status conference to discuss a timeline for the additional motions, including *in limine*, and pre-trial disclosures. The parties also request a status conference to discuss a timeline for the trial given the briefing on the additional motions. For these reasons, the parties jointly request a status conference with the Court.

(Signature pages to follow.)

1

**WE SO MOVE:**

May 24, 2022                    By:    s/ Carmelo B. Sammataro
                                       J. Kenneth Carter, Jr. (Fed. I.D. # 5108)
                                       Megan A. Rushton (Fed. I.D. # 13303)
                                       Turner, Padget, Graham & Laney, P.A.
                                       Post Office Box 1509
                                       Greenville, SC 29602
                                       Phone: (864) 552-4600
                                       Fax: (864) 552-4620
                                       KCarter@TurnerPadget.com
                                       MRushton@TurnerPadget.com

                                       Carmelo B. Sammataro (Fed. I.D. # 9174)
                                       Turner, Padget, Graham & Laney, P.A.
                                       Post Office Box 1473
                                       Columbia, SC 29202
                                       Phone: (803) 254-2200
                                       Fax: (803) 799-3957
                                       SSammataro@TurnerPadget.com

                                       Clay A. Guise, *pro hac vice*
                                       Dykema Gossett PLLC
                                       39577 Woodward Ave., Suite 300
                                       Bloomfield Hills, MI 48304-2820
                                       Phone: (248) 203-0700
                                       cguise@dykema.com

                                       Wendy F. Lumish, *pro hac vice*
                                       Bowman and Brooke LLP
                                       Two Alhambra Plaza, Suite 800
                                       Coral Gables, FL 33134
                                       Phone: (305) 995-6099
                                       Fax: (305) 995-6100
                                       wendy.lumish@bowmanandbrooke.com

                                       ATTORNEYS FOR DEFENDANT

**WE CONSENT:**

May 24, 2022                                By:     s/ Ronnie L. Crosby
                                                           Ronnie L. Crosby (Fed. I.D. # 6311)
Parker Law Group, LLP
Post Office Box 487
Hampton, SC 29924
Hampton, SC 29924
Phone: (803) 943-2111
rcrosby@parkerlawgroupsc.com

William F. Barnes, III (Fed. I.D. # 10639)
Barnes Law Firm, LLC
Post Office Box 897
Hampton, SC 29924
Phone: (803) 943-4529
wbarnes@barneslawfirmsc.com

Raymond T. Wooten (Fed. I.D. # 12121)
Smith Jordan, P.A.
1810 E. Main St.
Easley, SC 29640
Phone: (864) 855-1661
wooten@smithjordan.com

ATTORNEYS FOR PLAINTIFF