**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

| | | |
|---|---|---|
| George Wheeler as Personal Representative of the Estate of Cole Wheeler,<br>Plaintiff,<br><br>v.<br><br>Ford Motor Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.:  8:19-CV-02132-DCC<br><br><br><br>**PLAINTIFF'S MOTION FOR**<br>**SETTLEMENT APPROVAL** |

PLEASE TAKE NOTICE that the Plaintiff, George Wheeler as Personal Representative of the Estate of Cole Wheeler, hereby moves the Court to approve the wrongful death and survival action settlement in this action.  The parties have reached a settlement resolution through negotiations prior to trial.  This motion will be supported by a petition and proposed order approving settlement, which will both be submitted to the Court.  For these reasons, Plaintiff requests the Court schedule a hearing in this matter to approve the wrongful death and survival action settlement.

PARKER LAW GROUP, LLP

By: *s/Ronnie L. Crosby*
Ronnie L. Crosby, FED ID #6311
101 Mulberry Street East
P.O. Box 487
Hampton, SC 29924
(803) 903-1781
rcrosby@parkerlawgroupsc.com

-And-

William F. Barnes, III, Fed ID #10639
BARNES LAW FIRM, LLC
13 Mulberry Street East
P.O. Box 897
Hampton, SC 29924
(803) 943-4529
wbarnes@barneslawfirmsc.com

-And-

Raymond T. Wooten, Fed ID #12121
SMITH JORDAN, P.A.
P.O. Box 1207
Easley, SC 29641
(864) 855-1661
wooten@smithjordan.com

***Attorneys for the Plaintiff***

October 11, 2022
Hampton, South Carolina