IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| George Wheeler as Personal Representative of the Estate of Cole Wheeler,<br>Petitioner, | )<br>)<br>)<br>) | CIVIL ACTION NO.: 8:19-CV-02132-DCC |
| v. | )<br>) | **ORDER APPROVING SETTLEMENT** |
| Ford Motor Company, | )<br>)<br>) | |
| Defendant. | ) | |

The Petitioner, George Wheeler, as Personal Representative for the Estate of Cole Wheeler ("Petitioner"), by and through his undersigned attorneys, respectfully shows unto this Court:

This matter is before the Court pursuant to S.C. Code Ann §§ 15-51-41 and 15-51-42 upon the verified Petition of George Wheeler ("Petitioner"), as Personal Representative of the Estate of Cole Wheeler, for an Order approving and confirming the settlement as set out in the Petition.

After due consideration and inquiry into the circumstances surrounding the proposed settlement of these claims, I find the following facts:

(a)     That Petitioner has been duly appointed as the Personal Representative of the Estate of Cole Wheeler by the South Carolina Probate Court for Oconee County;

(b)     That Petitioner is duly authorized to seek approval of this matter pursuant to S.C. Code Ann. § 62-4-205;

(c)     That the compromise settlement between the parties as recited in the Petition has been reached and the settlement documents are prepared and ready for execution by the Petitioner, as Personal Representative of the Estate, pending approval by this Court;

(d) That all interested persons or their representatives have been duly notified or have waived their rights to such notification and have been duly informed, through appropriate translation and communication, of the matters set forth in the Petition;

(e) That there exists between the parties a legitimate contest and controversy and that this agreement for compromise is just, reasonable, adequate under all of the circumstances of this case, and in the best interests of those persons represented by the Personal Representative of the Estate of Cole Wheeler. I further find this settlement to have been reached in good faith.

Based upon the facts found above, I am of the opinion and so find, that the settlement set forth in the Petition should be approved and confirmed as provided by S.C. Code Ann. § 62-3-715(24).

**IT IS THEREFORE ORDERED**

1. That the said compromise as recited in the Petition be and hereby is approved as a fair, just, and reasonable settlement of the contest and controversy existing among the Estate of Cole Wheeler, his heirs, beneficiaries and assigns, and the Defendant, Ford Motor Company.

2. That George Wheeler, as Personal Representative of the Estate of Cole Wheeler, is hereby directed, empowered, and authorized to execute such settlement agreements, covenants not to execute, and other documents as may be required to fully effectuate the compromise or settlement agreement by the Court and to resolve all claims or demands of whatever nature on a settlement release against Defendant, Ford Motor Company for all causes of action or claims for wrongful death, which the Petitioner, the Decedent, and his survivors, heirs, beneficiaries, and/or representatives might have or may have arising out of the incident giving rise to this lawsuit.

3. The Court hereby approves the payment of attorney's fees and costs in the amount set forth in the verified Petition and finds that said fees and costs are fair and reasonable under the circumstances. The net settlement proceeds, after deduction for attorney's fees and costs are to be

distributed by George Wheeler, as Personal Representative of the Estate of Cole Wheeler, in connection with the wrongful death ~~and survival actions~~ as provided for under the governing law.

4. By virtue of executing the release, all claims against all parties are resolved.

_____
Donald C. Coggins, Jr.
United States District Judge

October __25__, 2022
Spartanburg, South Carolina

3